## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CAPITOL RECORDS, Inc., A Delaware Corporation, PRIORITY RECORDS, LLC, A California Limited Liability Company, SONY BMG MUSIC ENTERTAINMENT, A Delaware General Partnership, ARISTA RECORDS, LLC, A Delaware Limited Liability Company, and UMG RECORDINGS, Inc., A Delaware Corporation, | ) ) ) ) ) ) ) ) ) ) ) | CASE NO.  8:06CV555<br><br>ORDER OF DISMISSAL |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| CHRIS VACANTI, | ) ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The Parties' Joint Stipulation of Dismissal Without Prejudice (Filing No. 17) complies with the requirements of Fed. R. Civ. P. 41(a)(1)(ii) and is granted;

2. The Complaint is dismissed without prejudice; and

3. The parties will pay their own costs and attorney's fees.

DATED this 30th day of March, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge